PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: John C. Zerega  Cr.: 13-00123-001
PACTS #: 63189

Name of Sentencing Judicial Officer:  THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/30/2013

Original Offense:   Possession of Child Pornography

Original Sentence: 37 months imprisonment, 120 months supervised release

Special Conditions: Special Assessment of $100; Drug and Alcohol Testing and Treatment, Computer Search, Mental Health Treatment, No Contact with Minors, Polygraph Examination, Sex Offender Registration, Residential Re-Entry Center

Type of Supervision: Supervised Release          Date Supervision Commenced: 03/08/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On September 29, 2019, a urine screen conducted on the offender yielded a positive result for alcohol. The offender admitted to having a glass of wine the previous night. |
| 2 | The offender was administered a polygraph examination on May 30, 2019, at which time, deception was indicated. On previous examinations administered on the offender in 2016, 2017 and 2018, all have indicated deception on his part. Specifically, deception was indicated, each year, on different questions related to possession of child pornography, unsupervised contact with minors, and being in possession of internet devices that the U.S. Probation Office is not aware of. The offender has been interviewed immediately after each examination and has continuously denied any wrongdoing. |

U.S. Probation Officer Action:
The offender was referred for sex offender treatment upon the commencement of supervision, in April 2016, and he has been participating in weekly sessions since that time. His treatment provider has been informed of the results of each polygraph examination. As the offender continued to show deception during subsequent examinations, the probation office increased the intensity of treatment by supplementing his existing sex offender treatment with individual mental health sessions. In February of 2018, the offender was successfully discharged from mental health treatment. Mr. Zerega continues to attend and maintain compliance with his sex offender specific treatment.

A single-question polygraph examination is pending, to attempt to ascertain in more specificity, what noncompliant behavior is causing a deceptive result. At this time, there is insufficient evidence to present the Court that meets the evidentiary standard required to support a violation of supervised release. Our office will maintain contact with his treatment provider, test him for drug and alcohol use, and continue to monitor his activities and associations within the community. If any other instances of noncompliance arise, the Court will be notified immediately. Unless Your Honor requests another course of action, we are currently recommending no Court intervention.

Respectfully submitted,

*Susan Karlak*
By: Susan Karlak
Senior U.S. Probation Officer
Date: 12/18/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

12/19/2019
Date